UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:25-cv-10670-MAA                                        Date: February 26, 2026

Title      Amie Vines v. Plant Clearance Inc.


Present:   The Honorable Maria A. Audero, United States Magistrate Judge


|  Marina Moreno-Carrillo  |  N/A  |
| :---: | :---: |
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiff: | Attorneys Present for Defendant: |
| :---: | :---: |
| Not present | Not present |

**Proceedings (In Chambers):  Order Re Proof of Service**

This civil action was filed on November 6, 2025.  (ECF No. 1.)  On November 13, 2025, pursuant to the Magistrate Judge Direct Assignment Program ("MJDAP"), the Clerk of Court filed a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").  (Notice, ECF No. 5.)  Among other things, the Notice of Assignment advises the parties that this case has been assigned to U.S. Magistrate Judge Maria A. Audero for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination.  (*See generally* Notice.)

Pursuant to Federal Rule of Civil Procedure ("Rule") 4(m), Plaintiff is required to serve the summons and complaint on each defendant within ninety (90) days after the complaint is filed or risk dismissal of the action without prejudice against any unserved defendant.  Fed. R. Civ. P. 4(m). Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, Plaintiff is required to serve the Notice of Assignment on each newly served party at the time of service of the summons and complaint.  C.D. Cal. L.R. 73-2.1; *see also* Notice of Assignment.  Local Rule 4-6 requires that the plaintiff "file a proof of service within 14 days of service of the summons and complaint or receipt of a notice and acknowledgement of service."  C.D. Cal. L.R. 4-6.  Further, "[f]ailure to file a proof of service timely may result in the imposition of sanctions against the plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service."  *Id.*

Accordingly, Plaintiff was required to serve the summons, complaint, and Notice of Assignment by no later than February 4, 2026 and to file proof of such service, if made on the last possible day, no later than February 18, 2026.  As of the date of this Order, however, Plaintiff has neither filed proof of service of the summons, complaint, and Notice of Assignment nor requested an extension of time in which to do so.  Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE,** no

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-10670-MAA                                     Date: February 26, 2026

Title       Amie Vines v. Plant Clearance Inc.

later than **thirty days from the date of entry of this order**, why this Court should not recommend that the action be dismissed with prejudice for failure to prosecute.  Plaintiff may discharge this Order by filing a proof of service.

It is so ordered.